# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEONARD BLACKBURN

NO. 2023 KW 0411

**JULY 5, 2023**

---

In Re:   Leonard Blackburn, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 21-CR3-147085.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's Motion to Return Property, filed January 24, 2023, on or before August 1, 2023. A copy of the district court's action shall be filed in this court on or before August 8, 2023.

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT